MICHAEL S. DANKO, SBN 111359
mdanko@dankolaw.com
CLAIRE Y. CHOO, SBN 252723
cchoo@dankolaw.com
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672

Attorneys for Plaintiffs
LINDA ANDREINI, EDWARD J. ANDREINI, and MARIO ANDREINI

BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
FAX: (415) 436-6748
neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA ANDREINI, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | CASE NO. C 15-01169 SC (EDL) **STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER** |

Subject to the approval of the court, the parties hereby stipulate that the further case management conference currently scheduled for February 19, 2016, at 10:00 a.m. will be continued to March 4, 2016, at 10:00 a.m. The parties jointly make this request because Defendant's counsel has a previously scheduled mediation in another matter on February 19, 2016. The parties will file a joint further case

management statement not less than 7 days prior to the further case management conference.

Pursuant to stipulation, the court previously continued the initial case management conference from June 12, 2015, to September 11, 2015. The parties do not anticipate the requested continuance will impact the schedule for the case.

Respectfully submitted,

DATED: 9/11/2015

MICHAEL S. DANKO
CLAIRE Y. CHOO
Attorneys for Plaintiffs

BRIAN J. STRETCH
Acting United States Attorney

DATED: 9/11/15

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 09/15/2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Samuel Conti

HONO
UNITED R JUDGE